Dear Abel Acosta clerk RE: PD 0226-15
    I am sending you this letter to let you know that on April 23, 2015 TDCJ has put me on the chain to get reClasified and to go to a Unit. It will take me about 2 weeks to get to where I am going to finish my time at TDCJ So will you please hold my mail or Note that I might not get my mail for or it could be delayed for a month. As soon as I get to my Unit. I will update you on my new address.

Thank you
Robert Olgman
1854737

RECEIVED IN
COURT OF CRIMINAL APPEALS

APR 28 2015

Abel Acosta, Clerk